UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN T. PICKERING-GEORGE,<br><br>                           Plaintiff,<br><br>-against-<br><br>GAZIVODA MANAGEMENT LLC, ET AL,<br><br>                          Defendants. | 22-CV-10397<br><br>CIVIL JUDGMENT |

      For the reasons stated in the January 4, 2023, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 4, 2023
            New York, New York

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge